**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LEONARDO CORREA FLORES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1943-R** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner, Mr. Leonardo Correa Flores, filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in ICE custody [Doc. No. 1]. The Court referred the matter to United States Magistrate Judge Amanda L. Maxfield who issued a Report and Recommendation [Doc. No. 10] recommending this Court grant in part Ms. Correa Flores's Petition and order Respondents to provide him with a prompt bond hearing pursuant to 8 U.S.C. § 1226(a). Respondents objected [Doc. No. 10], so the Court will review de novo those portions of the Report to which they specifically object.[1] 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(3).

Respondents object to the R&R but acknowledge that *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) controls this matter.[2] The Court agrees with Judge Maxfield's finding that Ms. Guerra's detention is pursuant to § 1226(a). The Court further

[1] Petitioner did not file an Objection.

[2] Respondents state they do not waive their argument that Petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and thus is not entitled to a bond hearing. [Doc. No. 11 at 1].

agrees that the proper remedy is an individualized bond hearing under § 1226(a). *See id.* at 1251 n.13 ("Because Santillan Quiroz can properly be subject to detention under § 1226(a), though, the district court shall order the Government to, within seven days of such order, either provide him with a bond hearing or else release him.").

Accordingly, the Court ADOPTS Judge Maxfield's Report and Recommendation. The Court GRANTS in PART the Petition for writ of habeas corpus [Doc. No. 1] and Respondents are directed to provide Petitioner with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 2nd day of October, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**